June 5, 1961. Suspension lifted and respondent restored to the practice of law.

In the Matter of SEYMOUR GELZER, an attorney at law.

June 21, 1961. Suspension lifted and respondent restored to the practice of law.